ACCEPTED
01-15-00938-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 9:27:25 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00938-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 9:27:25 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **CECILIA CLINKSCALE,** | § | **IN THE FIRST DISTRICT** |
| **Appellant,** | § | |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| **CORPORATE AUTO SERVICES, INC., et al.,** | § | |
| **Appellee.** | § | **HOUSTON, TEXAS** |

### MOTION TO PROCEED IN FORMA PAUPERIS

I, Cecilia Clinkscale, Appellant, respectfully moves this Honorable Court for leave to proceed in this matter either without payment of all case and related fees, costs, and-or security or with reasonable financial assistance. Pursuant Tex. R. App. P. 20.1, I have attached hereto an AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS. Tex. R. App. P. 20.1.

Respectfully submitted,

CECILIA CLINKSCALE
Appellant,
In Propria Persona

Dated: 12/23/2015

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

| | | |
|---|---|---|
| CECILIA CLINKSCALE, | § | IN THE FIRST DISTRICT |
| Appellant, | § | |
| | § | |
| VS. | § | COURT OF APPEALS |
| | § | |
| CORPORATE AUTO SERVICES, INC., et al., | § | |
| Appellee. | § | HOUSTON, TEXAS |

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF THIS COURT:

I, Cecilia Clinkscale, Appellant, being first duly sworn, depose and states that I am the pro se litigant in the above-captioned civil action. I am submitting this here AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS. In doing so, I ask to proceed in this said civil action without being required to prepay case and-or filing fees, costs, and-or to give security; with this, I state that because of my poverty, I am unable to prepay case and filing fees. I verify that the forthcoming statements made in this AFFIDAVIT are true and correct to the best of my current information, knowledge, and belief. 28 U.S.C. § 1746, Tex. R. App. 20.1.

Further, I believe that I am entitled to redress, and thus, in compliance with Tex. R. App. 20.1, I aver:

1. The nature and amount of my current employment income, government entitled income, and other income:

I am currently employed with ITT[1], and I work as a quarter-term adjunct instructor, substitute instructor, and General Education tutor; however, given current budgetary cuts in course offerings, my employment is not certain. Until the week of December 5, 2015, I had been employed with ITT as an adjunct instructor. My employment with ITT began on Monday, January 6, 2014. If I am not given a teaching assignment, then I will apply for Unemployment Compensation (hereinafter, "UC") through the Commonwealth of Pennsylvania, no later than Thursday, December 31, 2015. Presently, the State of Pennsylvania awards me a food allowance of one-hundred seventeen-dollars zero cents ($194.00) each month through its Supplemental Nutrition Assistance Program (SNAP).

2. The income of my spouse and whether that income is available:

I am not married; therefore, I do not have spousal income as a potential monetary reserve.

3. Real and personal property that I own:

---

[1] Dean Philbert Davenport, Academics, ITT Technical Institute 220 West Germantown Pike, Suite 100, Plymouth Meeting, Pennsylvania 19462. Phone: (610) 832-3400.

I do not own any real property; I do own a 2009 Toyota Corolla motor vehicle.

4.    Cash that I have on hold and amounts on deposit that I can withdraw:

Typically, I do not keep cash with me. I do have a savings account ($339.22) and a checking ($19.59) account through Wells Fargo Bank.

5.    My other assets:

I do not have any assets and-or material possessions of value aside from my motor vehicle.

6.    The number and relationship (to me) of dependents that I have:

I do not have any dependents.

7.    The nature and amount of my debts:

I currently have one Federal Direct (graduate student) Loan ($160,000.00) and one consolidated American Education Services (undergraduate student) loan ($26,000.00). I currently owe Chase Visa $23,852.87, Wells Fargo Visa $7,513.05, Discover Cards $4,711.09 (This credit card is used to pay for fuel, my cellular telephone bill, my automobile insurance, and to pay for non-food items), and Toyota Rewards Visa Credit Card $1,900.00 (Used for vehicle extended warranty).

8.    The nature and amount of my monthly expenses:

My monthly expenses are as follows: (a) Rent: $200.00 (I currently reside my parent, and rent is adjusted to income.); (b) Utilities; $75.00; (c) Cellular Telephone: $65.00; (d) Virtual Fax: $10.00; (e) Laundry: $36.00 (laundry and detergent); and (f) Automobile Insurance: $185.26.

I also have annual expenses for life insurance ($175.00) and United States Postal Services in Pennsylvania ($144.00) and in Texas ($48.00).

At present, I have monthly job search expenses (printing, travel, stationary, ink, packaging, labels, and postage)($25.00 approximation).

If I need to relocate back to Houston, Texas to prosecute this case, then I must consider relocation expenses which include, but are not limited to, fuel costs for travel ($250.00-225.00), air transportation costs, storage costs, and costs for housing accommodations.

9.    My ability to obtain a loan for court costs:

Due to my limited income, I am currently unable to secure a bank loan for this civil action; it is my understanding that for me to ensure a bank loan, I must have a means to repay both the loan and any interests incurred thereof.

10.    Whether an attorney is providing me with free legal services, without a contingent fee:

I am not receiving free legal services from an attorney, either with or without a contingent fee; hence, I do not have an IOLTA (Interest on Lawyers Trust Accounts) certificate. Tex. R. App. P. 20.1(a)(1).

11.    Whether an attorney has either agreed to pay or to advance court costs:

I am not receiving, and I have not received either any free legal services or any free assistance from an attorney; hence, to date, no attorney has either agreed to pay or has agreed to advance court costs on my behalf.

With this AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS, I submit this verified attestation of my current financial situation.

Respectfully submitted,

CECILIA CLINKSCALE
Appellant,
In Propria Persona

Dated   12/23/2015

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone:   (215) 828-4516
Facsimile:    (877) 669-1745
Email:         cclinkscale@gmail.com

## VERIFICATION

| STATE OF PENNSYLVANIA | § |
| | § |
| COUNTY OF PHILADELPHIA | § |

BERFORE ME, the undersigned Notary Public, on this day personally appeared Cecilia Clinkscale, who, being by me duly sworn on oath, did depose and say the following:

## OATH

"My name is CECILIA CLINKSCALE. I am the Appellant in the above-styled civil action. I have read the foregoing *Motion To Proceed In Forma Pauperis* and *Affidavit In Support Of Motion To Proceed In Forma Pauperis*, and each statement of fact therein is true and correct. I have personal knowledge of each such fact stated therein."

**FURTHER, AFFIANT SAYETH NOT.**

By: *Cecilia Clinkscale*

**SUBSCRIBED TO AND SWORN BEFORE ME,** Barry Lutz _____ on the 23 day of December 2015, to certify which witness my hand and official seal.

[Seal]

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Barry J. Lutz, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 11, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Barry Lutz
Print Name:

My Commission Expires: 8/11/2019

# CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(a)-(e ), I, Cecilia Clinkscale, Appellant, do hereby certify that on this 23rd day of December 2015, a true and correct copy of the attached and foregoing *Motion To Proceed In Form Pauperis* and *Affidavit In Support Of Motion To Proceed In Forma Pauperis* was served upon the recipients listed below in the following manner(s):

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
Court of Appeals,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066

Service: Tex.gov electronic filing and United States Postal Service, first class mail.

The Honorable Clyde R. Leuchtag,
Judge Presiding,
In the County Civil Court
At Law No. One (1),
Stan Stanart,
County Clerk,
201 Caroline Street,
Suite 740,
Houston, Texas 77002-1900

Service: United States Postal Service, first class mail.

Attorney Jonathan Bruce,
The Law Office of Jonathan E. Bruce,
Counsel for DBA Miller's Auto &
Body Repair,
12810 Traviata Drive,
Houston, Texas 77024

Service: United States Postal Service, first-class mail.

Attorney Arnel Fernando Saludares,
Criminal Law Division,
City of Houston,
City of Houston Police Department,
1400 Lubbock Street,

Suite 133,
Houston, Texas 77002

<u>Service</u>: United States Postal Service,
first-class mail.

CECILIA CLINKSCALE

Dated: _12/23/2015_

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone:  (215) 828-4516
Facsimile:  (877) 669-1745
Email:      cclinkscale@gmail.com